IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
CENTRAL DIVISION

ALEXANDER NICOZISIN, Derivatively on
Behalf of Bank OZK, and MARY JACKLYN
NICOZISIN, Derivatively on Behalf of Bank
OZK                                                                                                  PLAINTIFF

v.                                       No. 4:21-cv-931-DPM

GEORGE GLEASON; TIM HICKS;
DAN THOMAS; TYLER VANCE;
NICHOLAS BROWN; PAULA H. J.
CHOLMONDELEY; ROBERT EAST;
KATHLEEN FRANKLIN; CATHERINE B.
FREEDBERG; PETER C. KENNY;
WILLIAM A. KOEFOED, JR.;
ROSS M. WHIPPLE; and BANK OZK, an
Arkansas Corporation                                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021